Judge Berman

**'07 CIV 7931**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. BAGUETTE, LTD., | ) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL EXPRESS CORPORATION, | ) CIVIL ACTION NO. _____ |
| Defendant. | ) |

RECEIVED SEP 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

---

### RULE 7.1 DISCLOSURE

---

OLIVIA M. GROSS, a member with the firm of NEWMAN FITCH ALTHEIM MYERS, P.C., attorneys for defendant FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, pursuant to Rule 7.1 of the Federal Rules of Civil Procedures hereby certifies that the following are corporate parents, affiliates and/or subsidiaries of sued party which are publicly held: See annexed list.

The only parties who the undersigned knows to have any interest in the outcome of the action on behalf of the removing defendant are those listed.

Dated: New York, New York
September 10, 2007

Respectfully Submitted,

Attorney for Defendant
FEDERAL EXPRESS CORPORATION,
d/b/a FEDEX EXPRESS

_____
Olivia M. Gross, Esquire [OMG-6008]
14 Wall Street - 22nd Floor
New York, New York 10005-2101
Telephone: (212) 619-4350
File No.: FDX 16174

## FEDEX CORPORATION

1. Federal Express Corporation

    I. <u>Federal Express Aviation Services, Incorporated</u>

        A. Federal Express Aviation Services International, Ltd.

    II. <u>Federal Express Canada Ltd.</u>

    III. <u>Federal Express International, Inc.</u>

        A. Dencom Investments Limited

            1. Dencom Freight Holdings Limited

                a. F.E.D.S. (Ireland) Limited

                b. Federal Express (N.I.) Limited

                c. Fedex (Ireland) Limited

        B. Federal Express (Australia) Pty Ltd.

        C. Federal Express Europe, Inc.

            1. Federal Express (Austria) GmbH

            2. Federal Express Corporation Finland Oy

            3. Federal Express Europe, Inc. & Co., V.O.F./S.N.C.

            4. Federal Express European Services, Inc.

            5. FedEx Supply Chain Services Europe B.V.

                a. FedEx Supply Chain Services Belgium B.V.B.A.

                b. FedEx Supply Chain Services France SARL

                c. FedEx Supply Chain Services Germany GmbH

                d. FedEx Supply Chain Services Ireland Limited

                e. FedEx Supply Chain Services Italy S.r.L.

                f. FedEx Supply Chain Services Netherlands B.V.

                g. FedEx Supply Chain Services UK Limited

D. Federal Express Europlex, Inc.

E. Federal Express Finance P.L.C.

F. Federal Express Holdings S.A.

   1. Federal Express (Antigua) Limited
   2. Federal Express (Antilles Francaises) S.A.R.L.
   3. Federal Express (Barbados) Limited
   4. Federal Express (Bermuda) Limited
   5. Federal Express Cayman Limited
   6. Federal Express Costa Rica, Limitada
   7. Federal Express (Dominicana) S.A.
      a. Inversiones Sagitario, S.A.
   8. Federal Express Entregas Rapidas, Ltd.
   9. Federal Express (Grenada) Limited
   10. Federal Express (Haiti) S.A.
   11. Federal Express Holdings (Mexico) y Compania S.N.C. de C.V.
   12. Federal Express (Jamaica) Limited
   13. Federal Express (St. Kitts) Limited
   14. Federal Express (St. Lucia) Limited
   15. Federal Express (St. Maarten) N.V.
      a. Federal Express (Aruba) N.V.
   16. Federal Express (Turks & Caicos) Limited
   17. Federal Express Virgin Islands, Inc.
   18. FedEx (Bahamas) Limited
   19. FedEx Transportes Expresos (Guatemala) Limitada

G. Federal Express International (France) SNC

    H. Federal Express International Limited

    I. Federal Express International y Compania S.N.C. de C.V.

    J. Federal Express Italy Inc.

    K. Federal Express Japan K.K.

    L. Federal Express Korea Co., Ltd.

    M. Federal Express Luxembourg, Inc.

    N. Federal Express Pacific, Inc.

        1. Federal Express Services (M) Sdn. Bhd.

        2. The Flying Tiger Line, Limited

        3. Udara Express Courier Services Sdn. Bhd.

    O. Federal Express Parcel Services Limited

    P. Federal Express (Singapore) Pte. Ltd.

    Q. Federal Express (Thailand) Limited

    R. Federal Express (U.K.) Limited

        1. Federal Express (U.K.) Pension Trustees Ltd.

    S. FedEx (Mauritius) Ltd.

    T. Fedex (N. I.) Limited

    U. FedEx Supply Chain Services International, Inc.

        1. FedEx Supply Chain Services Korea, Inc.

        2. FedEx Supply Chain Services International Pte, Ltd.

    V. Winchmore Developments Ltd.

        1. Concorde Advertising Limited

IV. <u>Federal Express Leasing Corporation</u>

V. <u>Fedex Customs Brokerage Corporation</u>

VI. <u>Fedex FSC Corporation</u>

    VII. <u>FEDEX Partners, Inc.</u>

    VIII. <u>FedEx Peak Employee Services, Inc.</u>

    IX. <u>FedEx Spain, S.L.</u>

    X. <u>Flying Tigers Limited</u>

    XI. <u>The Flying Tiger Line (NZ) Limited</u>

    XII. <u>Tiger International Insurance Ltd.</u>

2. Caliber System (Canada), Inc.

3. FedEx Corporate Services, Inc.

    I. <u>FedEx Internet Technologies Corporation</u>

    II. <u>FedEx Supply Chain Services, Inc.</u>

        A. FedEx Supply Chain Services (Canada), Ltd.

        B. Caliber Logistics de Mexico, S.A. de C.V.

        C. Caliber Logistics Healthcare, Inc.

4. FedEx Custom Critical, Inc.

    I. <u>AutoQuik, Inc.</u>

    II. <u>FedEx Custom Critical, N.V.</u>

    III. <u>FedEx Custom Critical B.V.</u>

        A. FedEx Custom Critical, S.r.L.

    IV. <u>FedEx Custom Critical GmbH</u>

    V. <u>FedEx Custom Critical SARL</u>

    VI. <u>FedEx Custom Critical, S.L.</u>

    VII. <u>FedEx Custom Critical UK, Inc.</u>

    VIII. <u>Passport Transport, Ltd.</u>

        A. AutoTransExpress, Inc.

        B. eTransAuto.com, L.L.C.

    IX. <u>Third Party Services, Inc.</u>

   X. Transportation Technologies, Inc.

   XI. UrgentFreight, Inc.

5. FedEx Freight Corporation

  I. Viking Freight, Inc.

   A. Bay Cities Diesel Engine Rebuilders, Inc.

   B. Viking de Mexico, S.A. de C.V.

  II. American Freightways, Inc.

   A. American Freightways de Mexico, S.A. de C.V.

   B. A.F. Logistica de Mexico, S.A. de C.V.

   C. Tran-Support, Inc.

    1. Razorback Servicios de Mexico, S.A. de C.V.

  III. FedEx Freight System, Inc.

6. FedEx Global Logistics, Inc.

7. FedEx Ground Package System, Inc.

  I. FedEx Ground Package System, Ltd.

  II. RPS de Mexico, S.A. de C.V.

  III. RPS Urban Renewal Corporation

8. FedEx Trade Networks, Inc.

  I. Caribbean Transportation Services, Inc.

  II. FTN Consulting, Inc.

  III. Tower Group International, Inc.

   A. Tower Group International Canada Inc.

   B. Tower International Holdings, Inc.

  IV. World Tariff, Limited

9. Roadway Global Air, Inc.

   I. <u>Roadway Global Air International, Inc.</u>

      A. Roadway Global Air, S.r.L.

3/28/02
430434

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. BAGUETTE, LTD., | ) |
| Plaintiff, | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| FEDERAL EXPRESS CORPORATION, | ) CIVIL ACTION NO.: |
| Defendant. | ) |

STATE OF NEW YORK   )
                    :ss:
COUNTY OF NEW YORK  )

Lisa Ann Rao, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Staten Island, New York.

On September 10, 2007, I served the within **RULE 7.1 DISCLOSURE** upon the attorneys listed below at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Stewart A. McMillan, Esquire
McMillan, Constabile, Maker & Perone, LLP
2180 Boston Post Road
Larchmont, New York 10538

_____
Lisa Ann Rao

Sworn to before me this
10th day of September, 2007

_____
Notary Public
Olivia M. Gross
Notary Public, State of New York
No. 02GR4860934
Qualified in Nassau County
Commission Expires May 5, 2010

| Civil Action No: | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. BAGUETTE, LTD.,

                                                                                                      Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION,

                                                                                                        Defendant.

## RULE 7.1 DISCLOSURE

NEWMAN FITCH ALTHEIM MYERS, P.C.
*Attorneys for Defendant-Federal Express Corporation d/b/a FedEx Express*
*Office and Post Office Address, Telephone*
14 WALL STREET
NEW YORK, N.Y. 10005-2101
(212) 619-4350

To                                                                                   Signature (Rule 130-1.1-a)

                                                                                        Print name beneath

Attorney(s) for

Service of a copy of the within                                                           is hereby admitted.

Dated,                                                                        
                                                                 Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order                                   of which the within is a true copy will be presented for
settlement to the HON.                                         one of the judges
of the within named court, at
on                                         at                            M

Dated,                                                            Yours, etc.
                                                        NEWMAN FITCH ALTHEIM MYERS, P.C.
                                                        *Attorneys for*
To                                                              *Office and Post Office Address*
                                                        14 WALL STREET
Attorney(s) for                                          NEW YORK, N.Y. 10005-2101