UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. BAGUETTE, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EXPRESS CORPORATION, )<br>)<br>Defendant. ) | CIVIL ACTION NO.: 07 CIV 7931 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :ss:
COUNTY OF NEW YORK )

Lisa Ann Rao, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Staten Island, New York.

On September 10, 2007, I served the within **Notice of Removal** upon the attorneys listed below at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Stewart A. McMillan, Esquire
McMillan, Constabile, Maker & Perone, LLP
2180 Boston Post Road
Larchmont, New York 10538

Lisa Ann Rao

Sworn to before me this
10th day of September, 2007

_____
Notary Public
Olivia M. Gross
Notary Public, State of New York
No. 02GR4860934
Qualified in Nassau County
Commission Expires May 5, 2010

3