USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 5 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MR. BAGUETTE, LTD., )
      Plaintiff, )
    ) No. 07-CIV 7931
vs. ) ORDER FOR ADMISSION
    ) PRO HAC VICE
FEDERAL EXPRESS CORPORATION, ) ON WRITTEN MOTION
    )
      Defendants. )

UPON THE written motion of Olivia M. Gross, Esq., attorney for FedEx, and said sponsor attorney's Affidavit in Support:

IT IS HEREBY ORDERED THAT:

Thomas W. Southerland III, Esq.
Federal Express Corporation - FedEx Express
3620 Hacks Cross Road, Building B, 3rd Floor
Memphis, Tennessee 38125
901-434-8538 (T)
901-434-9278 (F)
trea.southerland@fedex.com

is admitted to practice *pro hac vice* as counsel for FedEx in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at nysd.uscorts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: October NOV 0 5 2007 _____, 2007.
New York, New York

                                      *George B Daniel*
                          UNITED STATES DISTRICT/MAGISTRATE JUDGE