# NEWMAN FITCH ALTHEIM MYERS, P.C.

14 WALL STREET
NEW YORK, NY 10005-2101
(212) 619-4350
FAX: (212) 619-3622
www.nfam.com

SDNY SDNY DOCUMENT ELECTRONICALLY FILED MAY 19 2008

May 14, 2008

**SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

MAY 1 6 2008

**VIA HAND DELIVERY**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street – room 630
New York, New York 10007

Re:   Mr. Baguette LTD v. Federal Express Corporation
Docket No: 07 CIV 7931 (GBD)
Our Reference FDX 16174

Honorable Sir:

Enclosed please find a courtesy copy of a joint application by the parties seeking extension of the discovery deadline as well as the deadline for submission of the Pre-Trial Order, and adjournment of the Final Pre-Trial Conference and Trial dates. The parties' await deposition transcripts, after which time we anticipate making dispositive motions.

We appreciate the Court's indulgence.

Respectfully,

NEWMAN FITCH ALTHEIM MYERS, P.C.

Olivia M. Gross

OMG:tc

cc:   Stewart A. McMillan, Esq.
2180 Boston Post Road
Larchmont, New York 10538